UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                                          Case No.: 6:20-cr-80-Orl-37DCI

PETRA GOMEZ

## PETRA GOMEZ'S NOTICE OF
## ESSENTIAL ELEMENTS, PENALTIES, AND FACTUAL BASIS

To assist the Court in determining whether to accept Petra Gomez's plea of guilty to the indictment (dkt. 2), Mrs. Gomez, through counsel, files this Notice of Essential Elements, Penalties, and Factual Basis. A change of plea hearing is scheduled to commence on November 16, 2020. Dkt. 47.

A. **Essential Elements of Offenses**

The Essential Elements of Count One, which charges a violation of 18 U.S.C. § 286 (conspiracy to defraud the government), are:

| | |
|---|---|
| First: | Two or more people, in some way, agreed to try to accomplish a shared and unlawful plan. |
| Second: | Mrs. Gomez knew the unlawful purpose of the plan and willfully joined in it; and |
| Third: | The plan was to defraud the government by obtaining the payment or allowance of a claim based on a false or fraudulent material fact. |

The Essential Elements of Count Two, which charges a violation of 26 U.S.C. § 7201 (tax evasion), are:

| | |
|---|---|
| First: | Mrs. Gomez owed income tax in addition to the amount declared on her tax return; |

  Second:  Mrs. Gomez knew when she filed or caused to be filed the income tax return that she owned substantially more taxes than the amount reported on her return; and

  Third:  Mrs. Gomez intended to evade paying taxes she was required by law to pay.

## B. Penalties Applicable to Mrs. Gomez

Count One is punished by a maximum sentence of 10 years' imprisonment; a fine of not more than $250,000, or twice the gross gain caused by the offense or twice the gross loss caused by the offense, whichever is greater; a term of supervised release not of not more than three years; and a $100 special assessment.

Count Two is punished by a maximum sentence of five years' imprisonment; a fine of not more than $100,000; a term of supervised release of not more than three years; and a $100 special assessment.

As to both offenses, Mrs. Gomez understands that restitution is required.

Mrs. Gomez is a United States citizen.

## C. Factual Basis

As to Count One, during the time charged in the indictment, Mrs. Gomez agreed with her equally culpable co-defendant and sister, Jakeline Lumusco, to employ others in various businesses. They caused false tax returns to be submitted to the Internal Revenue Service ("IRS"). Mrs. Gomez and Lumusco knew it was against the law to defraud the government, but jointly and willfully undertook the illegal activity and shared in the unjust profits. Their acts took place in the Middle District of Florida and elsewhere.

As to Count Two,[1] Mrs. Gomez caused her tax return for the 2014 taxable period to be filed with the IRS, which understated her tax liability. The IRS rejected the return and Mrs. Gomez did not re-file a tax return for the 2014 taxable period. Mrs. Gomez willfully attempted to evade paying the government taxes the required.

Since July 2016, Mrs. Lumusco and her husband have lawfully operated a lawncare business, and had a daughter. On or about February 26, 2018, IRS Criminal Investigation Special Agent James Wurst met with Mrs. Gomez, provided her his business card, and told her to get a lawyer. On February 26, 2018, Mrs. Gomez retained the undersigned to help her accept responsibility. The following day, on February 27, 2018, the undersigned contacted Wurst via electronic mail ("email") and asked to meet to discuss his investigation. That same day Assistant United States Attorney Karen L. Gable sent an e-mail to the undersigned and directed that all communications be made to her and not Wurst. Gable informed the undersigned that she was out of town and would contact the undersigned upon her return. The undersigned complied with Gable's directive.

Neither Gable nor Wurst contacted the undersigned until they were in Court for Mrs. Gomez's first appearance on September 4, 2020. Dkt. 14. Without warning, Mrs. Gomez had been arrested that morning. The government did not seek to detain Mrs. Gomez and Mrs. Gomez has complied with all conditions of release. Mrs. Gomez's equally culpable conspirator, Lumusco, was permitted to surrender to the U.S. Marshal on September 8, 2020, after observing the national holiday, Labor Day. Dkt. 21. Lumusco also was subject to an arrest warrant. Dkt. 10.

---

[1] Defendant Lumusco is only charged in one count of the indictment. Dkt. 2.

3

On September 8, 2020, Mrs. Gomez directed the undersigned to inform Gable that she was willing to cooperate with the government. The undersigned communicated the same to Gable via an e-mail sent on September 8, 2020. On October 5, 2020, Gable sent an e-mail to the undersigned that, in relevant part read, "…I don't see a path toward cooperation…" On October 29, 2020, the government prepared a plea agreement that provided no substantial or material benefit to Mrs. Gomez.

Respectfully submitted on November 14, 2020.

**LAW OFFICES OF
HORWITZ & CITRO, P.A.**

*s/Vincent A. Citro*
**VINCENT A. CITRO**
Florida Bar Number: 0468657
vince@horwitzcitrolaw.com
17 East Pine Street
Orlando, Florida 32801
Telephone: (407) 843-7733
Facsimile: (407) 849-1321

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Karen L. Gable, Assistant United States Attorney, at karen.gable@usdoj.gov.

*s/Vincent A. Citro*
**VINCENT A. CITRO**
Florida Bar Number: 0468657
Attorney for Petra Gomez